# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 22-5315**                                    **September Term, 2022**

**1:19-cv-01660-CKK**

**Filed On:** April 10, 2023

In re: Sealed Case,

# UNDER SEAL JUDGMENT
# NOT AVAILABLE TO PUBLIC